DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**ARNOLD KYLE NICHOLSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-264

[July 9, 2014]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502011CF005255AXXXMB.

Arnold Kyle Nicholson, Florida City, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Cynthia L. Comras, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We reverse the trial court's denial of appellant's motion for additional jail credit and remand for the award of the proper amount of credit. Appellant was initially arrested for defrauding an innkeeper and obstructing an officer without violence. He spent 35 days in jail and was released when the State failed to file formal charges. The state, however, subsequently charged him with grand theft, and he was again arrested. Ultimately, he entered a plea to the grand theft charge and was sentenced to 61 days "time served" which included all the time he served in jail since his initial arrest for defrauding an innkeeper. This time-served sentence was followed by two years of probation.

Appellant violated probation, and the court ultimately sentenced him to 18 months in prison with credit for only 35 days for time spent in jail before sentencing following his arrest for the grand theft charge. Appellant's motion establishes that he is entitled to the 61 days of jail credit previously awarded as a "time served" sentence in this case and any additional time served in jail before the revocation of probation and

sentence.  Accordingly, we reverse and remand for the trial court to award the proper amount of credit.

*Reversed and remanded.*

MAY, CIKLIN and LEVINE, JJ., concur.

*    *    *

**Not final until disposition of timely filed motion for rehearing.**